724

## Commonwealth *v.* Shindler, Appellant.

Submitted September 11, 1972. *Thomas S. McCready,* Public Defender, for appellant; *John Deutsch,* District Attorney, for Commonwealth, appellee.

Order affirmed.


## Commonwealth *v.* Singleton, Appellant.

Submitted September 19, 1972. *Neil Leibman,* for appellant; *J. David Bean* and *Stewart J. Greenleaf,* Assistant District Attorneys, *William T. Nicholas,* First Assistant District Attorney, and *Milton O. Moss,* District Attorney, for Commonwealth, appellee.

Order affirmed.


## Commonwealth *v.* Smith, Appellant.

Argued September 13, 1972. *Marshall E. Kresman,* with him *Lewis A. Walder,* for appellant; *Robyn Greene,* Assistant District Attorney, with him *Milton M. Stein,* Assistant District Attorney, *James D. Craw-*

*ford,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Smith, Appellant.

Argued September 20, 1972. *Joel S. Moldovsky,* for appellant; *Albert L. Becker,* Assistant District Attorney, with him *Milton M. Stein,* Assistant District Attorney, *James D. Crawford,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Solomon, Appellant.

Submitted September 11, 1972. *Eugene H. Clarke, Jr.,* for appellant; *Milton M. Stein,* Assistant District Attorney, *James D. Crawford,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.